IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| NORRIS DION EVANS, | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:11-CV-109 (HL) |
| WILLIAM DANFORTH, et al, | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.18) filed October 26, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 21st day of November, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**